NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CARLOS MORENO LEAL, *Petitioner*.

No. 1 CA-CR 22-0403 PRPC
FILED 3-21-2023

Petition for Review from the Superior Court in Yuma County
No. S1400CR201701293
The Honorable Brandon S. Kinsey, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yuma County Attorney's Office, Yuma
By Charles Platt
*Counsel for Respondent*

Yuma County Legal Defender's Office, Yuma
By Zach Dumyahn
*Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Samuel A. Thumma, Judge Randall M. Howe, and Judge Anni Hill Foster delivered the following decision.

---

**PER CURIAM**:

**¶1**       Petitioner Carlos Moreno Leal seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Leal's first petition.

**¶2**       Absent an abuse of discretion or legal error, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Petitioner has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011).

**¶3**       This court has reviewed the record in this matter, the order denying the petition for post-conviction relief and the petition for review. This court finds the petitioner has not established error.

**¶4**       This court grants review but denies relief.



AMY M. WOOD • Clerk of the Court
FILED:     AA